

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA EUTSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>TURNING POINT COMMUNITY SERVICE, INC., aka TURNING POINT COMMUNITY INC., and CHRISTINE MCCLOUD, Individually,<br><br>    Defendants. | Civil Action No.: 2:18-cv-03267-ES-SCM |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the undersigned voluntarily dismisses this action without prejudice, each party to bear their own fees and costs.

Dated: June 4, 2018              /s/Jodi J. Jaffe
                                  *Attorneys for Plaintiff*

So Ordered —
Gottfaby USDJ
6/5/18